IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| JEFFREY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:17-cv-310 |
| | ) |
| JACK COOPER TRANSPORT | ) |
| COMPANY, INC. | ) |
| | ) |
| Defendant, | ) |

### AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to the Title VII 42 U.S.C. § 2000e and 42 U.S.C. § 1981 as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice of right to sue on May 5, 2017.

### PARTIES

3. Plaintiff is a male and at all relevant times he worked in the Northern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Northern District of Indiana.

## FACTS

5. Plaintiff began working for the Defendant in November 1993.

6. Plaintiff performed his job well.

7. On August 11, 2016, Plaintiff was terminated allegedly for failing to meet state and local highway laws.

8. Four similarly situated Caucasian employee failed to meet state and local highway laws; however, they were not terminated.

9. On September 2, 2016, Plaintiff was terminated allegedly for failing to file grievance timely.

10. A similarly situated Caucasian employee failed to file a grievance timely, however, he was not terminated.

11. A similarly situated Caucasian employee engaged in conduct of comparable seriousness, but they have not been terminated.

12. Plaintiff was terminated due to his race.

## COUNT I

13. Plaintiff incorporates by reference paragraphs 1-12.

14. Defendant, as a result of terminating Plaintiff due to his race, violated 42 U.S.C. § 1981.

## COUNT II

15. Plaintiff incorporates by reference paragraphs 1-12.

16. Defendant, as a result of terminating Plaintiff due to his race, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff her cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd #31235-49
Attorney for Plaintiff

### REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd #31235-49
Attorney for Plaintiff

Amber K. Boyd #31235-49
Amber Boyd Attorney at Law
450 E. 96th Street,
Suite 500
Indianapolis, in 46240
(317) 210-3416